Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JEFFREY EUGENE CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 10 0036 GEB |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) ) | |
| JEFFREY EUGENE CONNER, | ) ) | Date: March 12, 2010 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Garland E. Burrell, Jr. |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for February 12, 2010 at 9:00 a.m.

2. Defense counsel was recently appointed and has just received the initial discovery materials in this case. Time for preparation of counsel is needed to review discovery materials, to prepare possible pretrial motions, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **March 12, 2010**.

3. It is further stipulated by the parties that time continue to be excluded to March 12, 2010 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: February 10, 2010          /s/ Tim Warriner, Attorney for
                                   Defendant RACHEL HOLMES

DATED: February 10, 2010          /s/ Jason Hitt
                                   Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for February 12, 2010 be continued to March 12, 2010 at 9:00 a.m., and that time continue to be excluded to March 12, 2010, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

Dated: 2/11/2010

_____
GARLAND E. BURRELL, JR.
United States District Judge