Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JEFFREY EUGENE CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY EUGENE CONNER,<br><br>Defendant. | No. CRS 10 0036 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>Date: April 23, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for March 12, 2010 at 9:00 a.m.

2. Defense counsel was recently appointed and has received the initial discovery materials in this case. Counsel is waiting to obtain and review additional discovery items. Time for preparation of counsel is needed to review discovery materials, to prepare possible pretrial motions, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **April 23, 2010**.

3. It is further stipulated by the parties that time continue to be excluded to April 23, 2010 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: March 11, 2010        /s/ Tim Warriner, Attorney for
                             Defendant JEFFREY CONNER

DATED: March 11, 2010        /s/ Jason Hitt
                             Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for March 12, 2010 be continued to April 23, 2010 at 9:00 a.m., and that time continue to be excluded to April 23, 2010, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

_____
GARLAND E. BURRELL, JR.
United States District Judge