Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JEFFREY EUGENE CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 10 0036 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| | ) | Date: May 28, 2010 |
| JEFFREY EUGENE CONNER, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for April 23, 2010 at 9:00 a.m.

2. Defense counsel waiting to obtain additional discovery items, and to review that material. Time for preparation of counsel continues to be needed to review discovery materials, to prepare possible pretrial motions, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **May 28, 2010**.

3. It is further stipulated by the parties that time continue to be excluded to May 28, 2010 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: April 22, 2010          /s/ Tim Warriner, Attorney for
                                Defendant JEFFREY CONNER

DATED: April 22, 2010          /s/ Jason Hitt
                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for April 23, 2010 be continued to May 28, 2010 at 9:00 a.m., and that time continue to be excluded to May 28, 2010, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

Dated: May 5, 2010

GARLAND E. BURRELL, JR.
United States District Judge