Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JEFFREY EUGENE CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 10 0036 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| | ) | Date: September 17, 2010 |
| JEFFREY EUGENE CONNER, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for August 6, 2010 at 9:00 a.m.

2. Defense counsel has obtained additional discovery documents, and continues to investigate this case in preparation for trial. Time for preparation of counsel continues to be needed to review discovery materials, to prepare possible pretrial motions, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **September 17, 2010**.

3. It is further stipulated by the parties that time continue to be excluded to September 17, 2010 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: August 5, 2010          /s/ Tim Warriner, Attorney for
                               Defendant JEFFREY CONNER

DATED: August 5, 2010          /s/ Jason Hitt
                               Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for August 6, 2010 be continued to September 17, 2010 at 9:00 a.m., and that time continue to be excluded to September 17, 2010, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

Dated: August 6, 2010

GARLAND E. BURRELL, JR.
United States District Judge