Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JEFFREY EUGENE CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>        Plaintiff,   )<br>    )<br>    v.   )<br>    )<br>    )<br>JEFFREY EUGENE CONNER,   )<br>    )<br>        Defendant.   )<br>_____ ) | No. CRS 10 0036 GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER<br><br>Date: October 22, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E.<br>Burrell, Jr. |

The parties hereby stipulate to the following:

1.  A status conference in this matter is set for September 17, 2010 at 9:00 a.m.

2.  Defense counsel has obtained additional discovery documents, and continues to investigate this case in preparation for trial. Time for preparation of counsel continues to be needed to review discovery materials, to prepare possible pretrial motions, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **October 22, 2010**.

3.  It is further stipulated by the parties that time continue to be excluded to October 22, 2010 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: September 15, 2010      /s/ Tim Warriner, Attorney for
                                Defendant JEFFREY CONNER

DATED: September 15, 2010      /s/ Jason Hitt
                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for September 17, 2010 be continued to October 22, 2010 at 9:00 a.m., and that time continue to be excluded to October 22, 2010, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

Dated: September 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge