Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JEFFREY EUGENE CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 10 0036 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| | ) | Date: December 3, 2010 |
| JEFFREY EUGENE CONNER, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. |
| Defendant. | ) | Burrell, Jr. |
| | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for October 22, 2010 at 9:00 a.m.

2. Defense counsel has recently requested additional discovery documents, and continues to investigate this case in preparation for trial. Time for preparation of counsel continues to be needed to obtain and review discovery materials, to prepare possible pretrial motions, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **December 3, 2010**.

3. It is further stipulated by the parties that time continue to be excluded to December 3, 2010 for preparation of counsel pursuant to local code T4.  18 U.S.C. 3161(h)(7)(B)(iv).

DATED: October 21, 2010        /s/ Tim Warriner, Attorney for
                               Defendant JEFFREY CONNER


DATED: October 21, 2010        /s/ Jason Hitt
                               Assistant U.S. Attorney

1
2
3                              ORDER
4     GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for
5 October 22, 2010 be continued to December 3, 2010 at 9:00 a.m., and that time continue to
6 be excluded to December 3, 2010, for preparation of counsel pursuant to Local Code T4, 18
7 U.S.C. 3161(h)(7)(B)(iv).
8
9 DATED: 10/21/10
10                                    GARLAND E. BURRELL, JR.
                                      United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28