Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JEFFREY EUGENE CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 10 0036 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| | ) | Date: January 28, 2011 |
| JEFFREY EUGENE CONNER, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for January 14, 2011 at 9:00 a.m.

2. Defense counsel is waiting to receive additional discovery documents, and continues to prepare for trial and engage in plea negotiation. Time for preparation of counsel continues to be needed to obtain and review discovery materials, to prepare possible pretrial motions, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **January 28, 2011**.

3. It is further stipulated by the parties that time continue to be excluded to January 28, 2011 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: January 6, 2011      /s/ Tim Warriner, Attorney for
                             Defendant JEFFREY CONNER

1

DATED: January 6, 2011        /s/ Jason Hitt
                              Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for January 14, 2011 be continued to January 28, 2011 at 9:00 a.m., and that time continue to be excluded to January 28, 2011, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

Dated: January 10, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2