Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JEFFREY EUGENE CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFREY EUGENE CONNER,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CRS 10 0036 GEB<br><br>STIPULATION AND<br>ORDER<br><br>Date: February 11, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E.<br>Burrell, Jr. |

The parties hereby stipulate to the following:

1.  A status conference in this matter is set for January 28, 2011 at 9:00 a.m.

2.  Defense counsel is waiting to receive additional discovery documents, and continues to prepare for trial and engage in plea negotiation. Time for preparation of counsel continues to be needed to obtain and review discovery materials, to prepare possible pretrial motions, and to meet with the client and government's counsel.  Both parties, therefore, stipulate that the status conference be continued until **February 11, 2011**.

3.  It is further stipulated by the parties that time continue to be excluded to February 11, 2011 for preparation of counsel pursuant to local code T4.  18 U.S.C. 3161(h)(7)(B)(iv).

DATED: January 26, 2011          _____/s/ Tim Warriner, Attorney for
                                           Defendant JEFFREY CONNER

1

DATED: January 26, 2011               /s/ Jason Hitt
                                      Assistant U.S. Attorney


                                  ORDER

     GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for

January 28, 2011 be continued to February 11, 2011 at 9:00 a.m., and that time continue to be

excluded to February 11, 2011, for preparation of counsel pursuant to Local Code T4, 18

U.S.C. 3161(h)(7)(B)(iv).



                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

2