Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JEFFREY EUGENE CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 10 0036 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| | ) | Date: March 11, 2011 |
| JEFFREY EUGENE CONNER, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is now set for February 11, 2011 at 9:00 a.m.

2. Defense counsel waiting to obtain additional discovery items, and to review that material. Time for preparation of counsel continues to be needed to review discovery materials, to prepare possible pretrial motions, to engage in plea negotiations, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **March 11, 2011**.

3. It is further stipulated by the parties that time continue to be excluded to March 11, 2011 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: February 9, 2011     /s/ Tim Warriner, Attorney for
                            Defendant JEFFREY CONNER

DATED: February 9, 2011     /s/ Jason Hitt
                            Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for February 11, 2011 be continued to March 11, 2011 at 9:00 a.m., and that time continue to be excluded to March 11, 2011, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

_____
GARLAND E. BURRELL, JR.
United States District Judge