Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JEFFREY EUGENE CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 10 0036 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| | ) | Date: April 22, 2011 |
| JEFFREY EUGENE CONNER, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is now set for March 11, 2011 at 9:00 a.m.

2. Defense counsel waiting to obtain additional discovery items, and to review that material. Time for preparation of counsel continues to be needed to obtain and review discovery materials, to prepare possible pretrial motions, to engage in plea negotiations, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **April 22, 2011**.

3. It is further stipulated by the parties that time continue to be excluded to April 22, 2011 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: March 9, 2011          /s/ Tim Warriner, Attorney for
                              Defendant JEFFREY CONNER


DATED: March 9, 2011          /s/ Jason Hitt
                              Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for March 11, 2011 be continued to April 22, 2011 at 9:00 a.m., and that time continue to be excluded to April 22, 2011, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

_____
GARLAND E. BURRELL, JR.
United States District Judge