Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JEFFREY EUGENE CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JEFFREY EUGENE CONNER, ) <br> ) <br> Defendant. ) <br> ) | No. CRS 10 0036 GEB <br><br> STIPULATION AND <br> [PROPOSED] ORDER <br><br> Date: May 20, 2011 <br> Time: 9:00 a.m. <br> Judge: Hon. Garland E. <br> Burrell, Jr. |

The parties hereby stipulate to the following:

1. A status conference in this matter is now set for April 22, 2011 at 9:00 a.m.

2. Defense counsel is waiting to obtain additional discovery items, and to review that material.  Time for preparation of counsel continues to be needed to obtain and review discovery materials, to prepare possible pretrial motions, to engage in plea negotiations, and to meet with the client and government's counsel.  Both parties, therefore, stipulate that the status conference be continued until **May 20, 2011**.

3. It is further stipulated by the parties that time continue to be excluded to May 20, 2011 for preparation of counsel pursuant to local code T4.  18 U.S.C. 3161(h)(7)(B)(iv).

DATED: April 20, 2011           /s/ Tim Warriner, Attorney for
                                Defendant JEFFREY CONNER


DATED: April 20, 2011           /s/ Jason Hitt
                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for April 22, 2011 be continued to May 20, 2011 at 9:00 a.m., and that time continue to be excluded to May 20, 2011, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

```
DATED: April 25, 2011
```

GARLAND E. BURRELL, JR.
United States District Judge