Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JEFFREY EUGENE CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>  )<br>JEFFREY EUGENE CONNER,  )<br>  )<br>        Defendant.  )<br>_____) | No. CRS 10 0036 GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER<br><br>Date: July 8, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E.<br>Burrell, Jr. |

The parties hereby stipulate to the following:

1. A status conference in this matter is now set for June 3, 2011 at 9:00 a.m.

2. Both parties jointly request that the status conference be continued to permit additional time to engage in plea negotiations, including a joint meeting concerning possible plea. Additionally, defense counsel is waiting to obtain discovery items, and to review that material.  Time for preparation of counsel continues to be needed to obtain and review discovery materials, to prepare possible pretrial motions, to engage in plea negotiations, to investigate issues concerning the client's criminal history as that may pertain to any proposed plea agreement, and to meet with the client and government's counsel.  Both parties, therefore, stipulate that the status conference be continued until **July 8, 2011**.

3. It is further stipulated by the parties that time continue to be excluded to July 8, 2011 for preparation of counsel pursuant to local code T4.  18 U.S.C. 3161(h)(7)(B)(iv).

DATED: June 2, 2011              /s/ Tim Warriner, Attorney for
                                 Defendant JEFFREY CONNER

DATED: June 2, 2011        /s/ Jason Hitt
                           Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for June 3, 2011 be continued to July 8, 2011 at 9:00 a.m., and that time continue to be excluded to July 8, 2011, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: 6/2/11

GARLAND E. BURRELL, JR.
United States District Judge