Timothy E. Warriner
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
JEFFREY CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CRS 10-0036 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER VACATING 9/2/11 STATUS CONFERENCE |
| v. | ) |
| JEFFREY CONNER, | ) |
| Defendant. | ) |

Counsel for the government, Jason Hitt, and counsel for defendant Jeffrey Conner, Timothy E. Warriner, hereby jointly request that the court vacate the Status Conference now set for September 2, 2011. Both parties agree that said status conference is unnecessary in light of the Trial Confirmation Hearing scheduled for September 16, 2011.

Respectfully submitted.

DATED: September 1, 2011          /s/ Tim Warriner, Attorney for
                                  Defendant, Jeffrey Conner

DATED: September 1, 2011          /s/ Jason Hitt, Assistant United
                                  States Attorney, for the Government

1

1 | [PROPOSED] ORDER

2   Pursuant to the stipulation of the parties, the Status Conference now set for September 2, 2011 is hereby vacated.

Dated: September 1, 2011

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
United States District Judge