Timothy E. Warriner
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
JEFFREY CONNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 10-0036 GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCE HEARING |
| v. ) | |
| JEFFREY CONNER, ) | |
| Defendant. ) | |

      Counsel for the government, Jason Hitt, and counsel for defendant Jeffrey Conner, Timothy E. Warriner, hereby jointly request that the court vacate the judgment and sentence hearing now set for January 13, 2012, and that the matter be continued to January 27, 2012 at 9:00 a.m. for imposition of judgment and sentence. Mr. Conner is in agreement with this proposed continuance. Good cause exists as counsel for the government is at an out of town training program on the sentencing date presently set, and defense counsel is in trial in Sacramento County.

      Respectfully submitted.

DATED: January 10, 2012                      /s/ Tim Warriner, Attorney for
                                                          Defendant, Jeffrey Conner

DATED: January 10, 2012                      /s/ Jason Hitt, Assistant United
                                                          States Attorney, for the Government

1

1
2
3
4                                    [PROPOSED] ORDER
5        Pursuant to the stipulation of the parties, the January 13, 2012 judgment and sentence
6 hearing is vacated, and the matter is set for imposition of judgment and sentence to occur on
7 January 27, 2012 at 9:00 a.m..
8 Dated:  January 10, 2012
9
10                                    _____
                                      GARLAND E. BURRELL, JR.
11                                    United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                            2