HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JEFFREY EUGENE CONNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY EUGENE CONNER,<br><br>Defendant. | No. Cr. S 10-036 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE – POTENTIAL RELEASE DATE, NOVEMBER 1, 2015<br><br>Judge: Honorable GARLAND E. BURRELL, Jr. |

Defendant, JEFFREY EUGENE CONNER, by and through his attorney, Assistant Federal Defender Hannah Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On January 27, 2012, this Court sentenced Mr. Conner to a term of 92 months imprisonment;

3. His total offense level was 26, his criminal history category was IV, and the resulting guideline range was 92 to 115 months;

4. The sentencing range applicable to Mr. Conner was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Conner's total offense level has been reduced from 26 to 24, and his amended guideline range is 77 to 96 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Conner's term of imprisonment to a total term of 77 months.

Respectfully submitted,

Dated:  July 24, 2015                    Dated:   July 24, 2015
BENJAMIN B. WAGNER                       HEATHER E. WILLIAMS
United States Attorney                   Federal Defender


 /s/ *Jason Hitt*                         /s/ *Hannah Labaree*
JASON HITT                               Hannah Labaree
Assistant U.S. Attorney                  Assistant Federal Defender

Attorney for Plaintiff                   Attorney for Defendant
UNITED STATES OF AMERICA                 JEFFREY EUGENE CONNER

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Conner is entitled to the benefit Amendment 782, which reduces the total offense level from 26 to 24, resulting in an amended guideline range of 77 to 96 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2012 is reduced to a term of 77 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Conner shall report to the United States Probation Office within seventy-two hours after his release.

Dated: July 28, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge