**FILED**

DEC 16 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY CONNER,<br><br>　　　　　Defendant. | No. 2:10-cr-00036-1 GEB<br><br>FINDINGS AND RECOMMENDATION AND ORDER FOR REENTRY COURT SANCTION |

On December 18, 2015, the defendant was accepted as a participant in the Reentry Court. The defendant has been found in violation of the conditions of his supervised release having used marijuana and alcohol. The Reentry Court team has determined that the defendant's conduct requires a jail sanction.

It is therefore recommended that the defendant serve 4 days imprisonment, to commence on December 30, 2016 and ending on January 2, 2017. These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. Sec. 636(b)(1)(B) and this Court's Local Rule 304 and shall be considered forthwith without the need for time to respond.

Dated: December 16, 2016

　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1   These Findings and Recommendations are hereby adopted and approved. The defendant
2   shall serve 4 days imprisonment, to commence on December 30, 2016 and end on January 2,
3   2017. The defendant is ordered to self-surrender to the United States Marshal no later than 11:00
4   a.m. on December 30, 2016.

Dated: 12/16/2016

HONORABLE GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT COURT JUDGE